# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL WAYNE THOMAS, JR.** <br> **ADC #611338** <br><br> **Plaintiff** <br><br> v. <br><br> **CORP. GARRETT,** *et al.* <br><br> **Defendants** | <br><br><br><br><br><br> Case No. 2:05CV00116-WRW/JFF |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr.  There have been no objections filed.  After careful review of the Proposed Findings and Recommended Disposition, as well as a  de novo review of the record,  the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety.  Accordingly, the Defendants' Motion to Dismiss is GRANTED and the Alternate Motion for Summary Judgment is DENIED as moot (docket entry #16).  Plaintiff's action is hereby dismissed based upon Plaintiff's failure to state an actionable claim for relief.

IT IS SO ORDERED, this 28th day of August, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE